Case No: 1:17-CV-2577

FILED 2018 FEB 27 AM 9:30 2/18/18
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO

To the Honorable Judge Jounes G...

In response to the motion to dismiss the defendant cited a lot of case law that has no bearing on the plaintiff's case and the motion to dismiss should be denied. The facts of this case are as follows:

A. On 19 Feb. 2015, the plaintiff arrived on time to the Lyndhurst/Mayfield post office. The temperture that day was a high of 9 and a low of -4.

B. After the plaintiff completed his duties, he complained about pain and numbness in both feet. An ambulance was called and the plaintiff was taken to Hillcrest Hospital in Mayfield, Ohio. The plaintiff was diagnosed with a case of frostbite on both feet and a mild case of hypothermia.

C. The United States Postal Office paid 762.00 dollars for the ambulance and medical treatment on or about 19 Feb 2015. However, the refused to pay the 499.00 dollars for the attending physician.

D. Several attempts were made by the plaintiff to seek resolution by the defendant but the attempts were ignored. Eventually the plaintiff found himself in collections with Account Recovery Services, Cincinnati, Ohio.

The plaintiff is just seeking to be made whole. The plaintiff has worked for the United States Postal Service for almost 17 years and has claims for injuries at work and has never had an issue with collection agents. Furthermore, the plaintiff has researched and has not been able to find a co-pay with regards to workman's compensation cases. Therefore the plaintiff request that the Court throws out the motion to dismiss and issues an immediate judgement in the amount of 1,000 dollars.

Respectfully yours,
Robert E. Barnes
*Robert E. Barnes*

I hope the Court disregards the lack of professionalism in my document. I did not know the time limit on this response.